## Commonwealth ex rel. Sutphin, Appellant, v. Rundle.

Submitted June 14, 1965. *Norman Sutphin*, appellant, in propria persona; *William J. Carlin*, District Attorney, for appellee.

Order affirmed.